## Stephen KYPRIANIDES, Plaintiff–Appellant,

v.

## PASQUOTANK PUBLIC LIBRARY, Defendant–Appellee.

### No. 01–1767.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

Stephen Kyprianides, pro se.

Christopher W. Jones, Womble, Carlyle, Sandridge & Rice, Raleigh, NC, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Stephen Kyprianides appeals from the district court's order dismissing his civil action in which he claimed gender discrimination based upon the failure of the Appellee to hire him. Our review of the record and the district court's opinion discloses that this appeal is without merit. As the district judge found, Kyprianides failed to establish a prima facie case of employment discrimination. *McDonnell Douglas Corp. v. Green,* 411 U.S. 792, 802, 93 S.Ct. 1817, 36 L.Ed.2d 668 (1973); *Alvarado v. Board of Trustees,* 928 F.2d 118, 121 (4th Cir.1991). *See also O'Connor v.*

*Consolidated Coin Caterers Corp.,* 517 U.S. 308, 312, 116 S.Ct. 1307, 134 L.Ed.2d 433 (1996). Accordingly, we cannot say that the district court's finding of non-discrimination was clearly erroneous. *Anderson v. City of Bessemer,* 470 U.S. 564, 574, 105 S.Ct. 1504, 84 L.Ed.2d 518 (1985). We therefore affirm on the reasoning of the district court. *Kyprianides v. Pasquotank Pub. Library,* No. CA–00–17–2–H (E.D.N.C. May 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

*AFFIRMED.*